UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THE FIDELITY LAND TRUST COMPANY,
LLC as Trustee for Florida Land Trust
No. 02040 dated June 12, 2012,

                   Plaintiff,

-vs-                                        Case No. 6:12-cv-1676-Orl-19DAB

SECURITY NATIONAL MORTGAGE
COMPANY,

                   Defendant.
_____

## ORDER

This case is before the Court on Defendant's Motion for Sanctions (Doc. No. 18) filed December 12, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and consideration of Defendant's objections to the Report and Recommendation (Doc. No. 24), Defendant's objections are **OVERRRULED**. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed January 7, 2013 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion for Sanctions is **DENIED**.

**DONE and ORDERED** in Chambers, Orlando, Florida this _13_ day of February, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record